**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EDUARDO GUILLEN** | ) | **Case No.** |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Honorable Judge** |
| | ) | |
| **v.** | ) | |
| | ) | **Jury Demand** |
| **JOHN DOE USBP AGENTS,** | ) | |
| **Defendants.** | ) | |

## COMPLAINT AT LAW

**NOW COME** the Plaintiff, EDUARDO GUILLEN, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, JOHN DOE USBP AGENTS, individually, states as follows:

## FACTS

1. This action is brought pursuant to Bivens v. Four Unknown Named Agents, 403 U.S. 388 (1971), to redress deprivations of the civil rights of the Plaintiff, EDUARDO GUILLEN, accomplished by acts and/or omissions of the Defendants, JOHN DOE USBP AGENTS, committed under color of law.

2. This court has jurisdiction pursuant to 28 U.S.C. § 1331. Venue is proper under 28 U.S.C. § 1391(e)(1)(C) because defendants are officers or employees of the United States acting in their official capacity under color of legal authority, and Plaintiff resides in this judicial district.

3. The Plaintiff, EDUARDO GUILLEN, was at all relevant times a resident of the State of Illinois.

1

4.      At all relevant times the Defendants, officers JOHN DOE USBP AGENTS, were duly appointed United States Border Patrol Agents acting within the scope of their employment and under color of law.

5.      On October 4th, 2025, the Plaintiff, EDUARDO GUILLEN, traveled to the intersection of 4000 S. Kedzie Ave. in Brighton Park, Chicago, Illinois, to act as a peaceful observer during federal law enforcement operations.

6.      The Plaintiff, EDUARDO GUILLEN, remained on sidewalk, recording the operations, and never provoked agents.

7.      At some point, Chicago Police Department officers began arriving in groups at the south corner of the intersection at 40th and Kedzie and assumed crowd control responsibilities.

8.      Without any audible warning or dispersal order, Defendants JOHN DOE USBP AGENTS, drove past in a blue Ford F-150 and deployed pepper spray onto the Plaintiff while he was standing on the sidewalk, causing the chemical agent to enter his eyes and airways, resulting in injury.

9.      At the time of the tear gas deployment, the Plaintiff was not engaged in any unlawful activity and posed no threat to federal agents.

10.      The actions of Defendants JOHN DOE USBP AGENTS were malicious, willful and wanton and clearly not justified.

11.      As a direct result of the pepper spray deployment, the Plaintiff, EDUARDO GUILLEN' vision and ability to breath was severely impacted.

### COUNT I — *Bivens*
### EXCESSIVE FORCE

1-11.    Paragraphs 1 through 11 are incorporated as though fully stated herein.

12.    Despite the fact that Plaintiff, EDUARDO GUILLEN, did not pose a threat to the Defendants while standing on the sidewalk, Defendant JOHN DOE USBP AGENTS proceeded to deploy pepper spray from a moving vehicle onto the Plaintiff without warning.

13.    The Plaintiff did not provoke said Defendants, was not engaged in any unlawful activity, and had in fact been peacefully observing agents' operations prior to the deployment.

14.    The aforesaid use of force by Defendants JOHN DOE USBP AGENTS was excessive, unprovoked, and unreasonable.

15.    The actions and inactions of Defendants JOHN DOE USBP AGENTS were intentional, willful, and wanton.

16.    Said actions violated the Plaintiff's Fourth Amendment rights to be free from excessive force.

17.    That as a direct and proximate result of the actions of the Defendants, the Plaintiff suffered injuries and continues to suffer fear, emotional distress, anxiety, pain and suffering, and future pain and suffering.

**WHEREFORE**, pursuant to the Fourth Amendment and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), the Plaintiff, EDUARDO GUILLEN, prays that this Honorable Court enter judgment against the Defendants, JOHN DOE USBP AGENTS jointly and severally, in an amount of reasonable in compensatory damages and for punitive damages, plus costs.

3

## JURY DEMAND

Plaintiff, EDUARDO GUILLEN, prays for trial by jury.

Respectfully submitted,

By: /s/ Brian M. Orozco
One of the Attorneys for Plaintiff

Brian M. Orozco
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street,, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
borozco@kulislawltd.com


Elizabeth Homsy (#6307858)
Supervising Attorney, CP4P Justice Corps.
The Legal Aid Society of Metropolitan Family Services
The Chicago Project
101 N. Upper Wacker Dr., 17th Floor
Chicago, IL 60606
Phone: (312) 502-6346
Fax: (312) 986-4016
homsye@metrofamily.org

4

CERTIFICATE OF SERVICE

I, Brian Orozco, attorney for Plaintiff, hereby certify that a copy of this Complaint was filed before 11:59pm on July 2, 2026,  using the Court's CM/ECF
filing system, which generates electronic notice to all parties of record in the case.

Respectfully submitted,

/s/ Brian M. Orozco
One of Plaintiff's Attorneys

Brian M. Orozco
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street,, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
borozco@kulislawltd.com

5